UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL GARRISON,

        Petitioner,         Case No. 1:01-cv-531

v.         Honorable Wendell A. Miles

RAY WOLFE,

        Respondent.
_____/

## **ORDER**

        In accordance with the Opinion entered this day:

        IT IS ORDERED that Petitioner's motion for relief from judgment brought pursuant to FED. R. CIV. P. 60(b) (docket #5) is DENIED.

Dated:  March 20, 2007         /s/ Wendell A. Miles
        Wendell A. Miles
        Senior United States District Judge